**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KAY WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. **12 1864** |
| | ) |
| JUAN CARLOS GONZALES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The plaintiff has filed an application to proceed *in forma pauperis* and a *pro se* complaint. She alleges that the defendants "have attempted to take advantage of and defraud [her] by knowingly misrepresenting the facts" and by failing to make "full disclosure" with respect to a motor vehicle she purchased from them in July 2012. She demands damages of $6000 and clear title to the vehicle.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). This complaint sets forth no federal question. Although the parties appear to be citizens of different states, the matter in controversy does not exceed the $75,000 threshold. Accordingly, the Court will dismiss this action for lack of subject matter jurisdiction.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: *October 26, 2012*

_____
United States District Judge